765 PATTERSON vs. CIRCUIT JUDGE (Muskegon), No. 14811½.

To vacate an order staying proceedings in the suit of Andrew J. Stebbins, administrator, against relator, wherein defendant had judgment for costs amounting to $97.80, it appearing that said Stebbins, as administrator, had previously obtained a decree against relator by which relator was required to pay to said administrator $990.82, no part of which had been paid, and the order complained of provided that proceedings for the collection of the said costs be stayed until the aforesaid decree is satisfied.

Order to show cause denied April 2, 1895.

766 FENTON vs. CIRCUIT JUDGE (Mackinac), 76 M., 405.

To compel respondent to set aside an order staying proceedings in a partition suit, until complainant establishes his title at law, and to enter a final decree.

Denied October 11, 1889.

Held, that where in a partition suit a plea of ouster and adverse possession is entered by the defendant in actual possession, and conflicting testimony shows that the defense is made in good faith, and complainant's legal title upon that defense is doubtful and uncertain, the proceedings should be stayed until complainant establishes his title at law.

767 WATSON vs. RANDALL (Circuit Court Commissioner), 44 M., 514.

To compel respondent to issue an execution for costs taxed by him in proceedings under the fraudulent debtors' act.

Granted October 27, 1880.